UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Chuza Oil Company, Domestic Profit
EIN: 27-2717292,

Debtor.                                          No.

### STATEMENT PURSUANT TO 11 U.S.C. §521(a)(1)(B)(vi)

I, Bobby Goldstein, state as follows:

1. I am the CEO of the Debtor, Chuza Oil Company.

2. I am the individual responsible for discharging the Debtor's duties in this case.

3. During the one year period following the filing of the Debtor's bankruptcy petition, the Debtor does not anticipate any material changes in income or expenses.

Dated: September 12, 2014

_____
Bobby Goldstein, CEO

P:\Chuza Oil\Pleadings\StatementMaterialChanges 11USC 521(a)(1)(B)(vi).rb