UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:   Chuza Oil Company, Domestic Profit
         EIN: 27-2717292,

Debtor.                                              No.

## DEBTOR'S CASH FLOW STATEMENT
## PROFIT AND LOSS

See Attached.

Respectfully submitted,

**WILLIAM F. DAVIS & ASSOC., P.C.**
/s/ electronically filed 09/24/14
William F. Davis, Esq.
Attorneys for Debtor
6709 Academy NE, Suite A
Albuquerque, NM  87109
PH# (505) 243-6129
FX# (505) 247-3185

F:\Chuza Oil\Pleadings\Cash Flow Statement.rb

# Chuza Oil Company
# Profit & Loss
## July 2014

|  | Jul 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Oil Revenue | 175,537.19 |
| **Total Income** | 175,537.19 |
| **Cost of Goods Sold** | |
| Repairs-Maintenance-Equipment | 13.24 |
| Revenue Tax Expense | 17,626.53 |
| Severance Taxes | 14,054.63 |
| Utilities-Wells | 2,166.27 |
| **Total COGS** | 33,860.67 |
| **Gross Profit** | 141,676.52 |
| **Expense** | |
| **Aircraft Sublease** | |
| Expenses | 12,707.59 |
| Sublease | 23,815.00 |
| **Total Aircraft Sublease** | 36,522.59 |
| Automobile Expense | 874.92 |
| Bank Service Charges | 1,018.25 |
| Commission on Capital Raise | 5,000.00 |
| Computer and Internet Expenses | 123.20 |
| Fuel | 1,363.15 |
| **Insurance Expense** | |
| Dental Insurance | 123.57 |
| Health Insurance | 2,411.52 |
| **Total Insurance Expense** | 2,535.09 |
| Interest Expense | 6,751.62 |
| Meals and Entertainment | 838.53 |
| **Mineral Interests-Royalties** | |
| American Assurance 2000, LP | 126.14 |
| American Energy Advisors, Inc. | 3,531.50 |
| Anne Heald Heindel | 636.20 |
| Betty Caldwell | 463.57 |
| Caroline Heindel-Burgos | 639.79 |
| City of Hope | 66.33 |
| CKM Development Company, Inc. | 1,420.17 |
| Diane A. Henkle Family Trust | 50.32 |
| Duff-Leach Family Trust | 88.58 |
| Estate of JoAnne K. Leak | 88.81 |
| Harold E. O'Connor | 1,324.31 |
| High Plains Petroleum Corp. | 2,648.65 |
| John B. Somers, II | 3,208.31 |
| Parawon Corporation | 5,208.98 |
| Ruby G. Alvord | 1,462.34 |
| Susan Gale Hoover Special Needs | 90.23 |
| T.E. Duff, Trust | 88.54 |
| **Total Mineral Interests-Royalties** | 21,142.77 |
| **Payroll** | |
| Wages | 25,833.32 |
| **Total Payroll** | 25,833.32 |
| Payroll Service Fees | 62.03 |
| Payroll Tax | 1,983.15 |
| Postage and Delivery | 192.56 |
| **Professional Fees** | |
| Accounting | 2,850.00 |
| **Total Professional Fees** | 2,850.00 |
| Rent Expense | 2,800.00 |

Page 1

Case 14-12842-t11    Doc 8    Filed 09/24/14    Entered 09/24/14 15:06:21 Page 2 of 5

# Chuza Oil Company
# Profit & Loss
## July 2014

|  | Jul 14 |
|---|---|
| **Repairs and Maintenance** |  |
| Vehicle | 254.24 |
| **Total Repairs and Maintenance** | 254.24 |
| **Telephone Expense** | 319.94 |
| **Travel Expense** |  |
| Car Rental | 63.85 |
| Flight | 929.00 |
| **Total Travel Expense** | 992.85 |
| Utilities-Office | 38.53 |
| Website Expense | 53.98 |
| **Total Expense** | 111,550.72 |
| **Net Ordinary Income** | 30,125.80 |
| **Net Income** | **30,125.80** |

Case 14-12842-t11    Doc 8    Filed 09/24/14    Entered 09/24/14 15:06:21 Page 3 of 5

# Chuza Oil Company
## Profit & Loss
### January through July 2014

|  | Jan - Jul 14 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Flight Income | 33,885.00 |
| Interest Income | 3,565.95 |
| Oil Revenue | 850,355.37 |
| **Total Income** | 887,806.32 |
| **Cost of Goods Sold** | |
| **Cost of Good Sold - NRG** | |
| Depreciation | 0.00 |
| Cost of Good Sold - NRG - Other | 939.21 |
| **Total Cost of Good Sold - NRG** | 939.21 |
| Depletion | 27,537.69 |
| Repairs-Maintenance-Equipment | 146,033.67 |
| Revenue Tax Expense | 66,102.77 |
| Severance Taxes | 52,922.52 |
| Utilities-Wells | 12,205.03 |
| Well Operation | 253.02 |
| **Total COGS** | 305,993.91 |
| **Gross Profit** | 581,812.41 |
| **Expense** | |
| **Aircraft Sublease** | |
| Expenses | 38,799.14 |
| Management and Hanger Fees | 6,100.00 |
| Sublease | 47,630.00 |
| **Total Aircraft Sublease** | 92,529.14 |
| Amortization Expense | 99.45 |
| Automobile Expense | 11,383.42 |
| Bank Service Charges | 7,265.89 |
| Client Gifts | 56.21 |
| Commission on Capital Raise | 57,500.00 |
| Computer and Internet Expenses | 953.44 |
| Depreciation Expense | 39,304.32 |
| Donations | 3,750.00 |
| Dues and Subscriptions | 1,145.01 |
| Employee Relations | 1,000.00 |
| EPA Fees | 2,400.00 |
| Equipment Rental Expense | 477.33 |
| Field Supplies | 3,158.78 |
| Fuel | 18,056.44 |
| **Insurance Expense** | |
| Dental Insurance | 1,070.25 |
| Health Insurance | 17,467.93 |
| **Total Insurance Expense** | 18,538.18 |
| Interest Expense | 51,567.12 |
| Licenses, Fees, Permits | 269.17 |
| Meals and Entertainment | 17,577.79 |
| **Mineral Interests-Royalties** | |
| American Assurance 2000, LP | 926.04 |
| American Energy Advisors, Inc. | 13,547.11 |
| Anne Heald Heindel | 1,832.67 |
| Betty Caldwell | 1,082.15 |
| Brad Henkle | 49.06 |
| Caroline Heindel-Burgos | 1,858.99 |
| City of Hope | 486.88 |
| CKM Development Company, Inc. | 5,544.72 |
| Corey Henkle | 49.05 |
| Diane A. Henkle Family Trust | 50.32 |
| Diane Henkle | 58.42 |
| Duff-Leach Family Trust | 452.09 |
| Estate of JoAnne K. Leak | 652.05 |

Page 1

Case 14-12842-t11   Doc 8   Filed 09/24/14   Entered 09/24/14 15:06:21 Page 4 of 5

# Chuza Oil Company
# Profit & Loss
## January through July 2014

|  | Jan - Jul 14 |
|---|---|
| Frank W. Podpechan Trust | 69.13 |
| Harold E. O'Connor | 5,080.13 |
| High Plains Petroleum Corp. | 10,160.37 |
| John B. Somers, II | 13,223.87 |
| Laurence T. Keen Family Trust | 293.40 |
| Marc Melcher 2012 Childrens Tru | 2,786.26 |
| Michael C. Abraham | 169.18 |
| Nancy Sue Wilson Ringheim | 52.42 |
| Parawon Corporation | 19,982.02 |
| Ruby G. Alvord | 3,399.47 |
| Schelro, Ltd. | 69.14 |
| Stephen Henkle | 49.04 |
| Steven J. Abraham | 169.14 |
| Susan Gale Hoover Special Needs | 460.61 |
| T.E. Duff, Trust | 452.08 |
| **Total Mineral Interests-Royalties** | **83,005.81** |
| **Office Supplies** | 796.40 |
| **Payroll** | |
| Wages | 172,769.79 |
| **Total Payroll** | 172,769.79 |
| **Payroll Service Fees** | 434.21 |
| **Payroll Tax** | 15,052.59 |
| **Payroll Tax Expense** | -28.05 |
| **Postage and Delivery** | 1,488.84 |
| **Printing** | 39.19 |
| **Professional Fees** | |
| Accounting | 16,190.00 |
| Enginnering | 4,807.76 |
| Legal | 119.95 |
| **Total Professional Fees** | 21,117.71 |
| **Rent Expense** | 29,225.00 |
| **Repairs and Maintenance** | |
| Vehicle | 1,380.73 |
| **Total Repairs and Maintenance** | 1,380.73 |
| **Taxes** | 50.00 |
| **Telephone Expense** | 2,731.98 |
| **Travel Expense** | |
| Car Rental | 1,173.74 |
| Flight | 65,949.59 |
| Hotel | 5,815.99 |
| **Total Travel Expense** | 72,939.32 |
| **Utilities-Office** | 1,598.04 |
| **Website Expense** | 53.98 |
| **Total Expense** | 729,687.23 |
| **Net Ordinary Income** | -147,874.82 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Non-deductible Meals & Entertai | 0.00 |
| Penalties | 981.32 |
| **Total Other Expense** | 981.32 |
| **Net Other Income** | -981.32 |
| **Net Income** | **-148,856.14** |

Case 14-12842-t11    Doc 8    Filed 09/24/14    Entered 09/24/14 15:06:21 Page 5 of 5