UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:
**CHUZA OIL COMPANY,**

  Debtor(s).            No. 14-12842-t11

APPOINTMENT OF A COMMITTEE OF
UNSECURED CREDITORS IN A CHAPTER 11 CASE

  The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed to the committee of unsecured creditors pursuant to 11 U.S.C. § 1102(a)(1):

Aqua Moss, LLC
PO Box 600
Farmington NM 87499

M&R Trucking
PO Box 600
Farmington NM 87499

Guizot, LLC
c/o Marc Melcher
5526 Candlewood Drive
Houston TX 77056

Basin Disposal, Inc.
PO Box 100
Aztec NM 87410

Baker Hughes Oilfield Operations, Inc.
Attn: Kristin McLaurin, Esquire
2929 Allen Parkway, Suite 2100
Houston TX 77019

SAMUEL K. CROCKER
United States Trustee

/s/ Filed electronically November 18, 2014
LEONARD MARTINEZ-METZGAR
Trial Attorney
P. O. Box 608
Albuquerque, NM 87103
(505) 248-6548
(505) 248-6558 (fax)
Leonard.martinez-metzgar@usdoj.gov

CERTIFICATE OF SERVICE

      This certifies that a copy of the foregoing document was served by the Bankruptcy Court's electronic filing system on all parties who have entered an appearance on this case, on November 18, 2014.  I additionally certify that I mailed a copy of the foregoing, postage prepaid to the above mentioned committee members and the below listed on November 18, 2014.

William F. Davis, Esquire
Phyllis L. MacCutcheon, Esquire
Anne Goodman, Esquire
Nephi D. Hardman, Esquire
Vashti Lowe, Esquire
Attorneys for Debtor In Possession
William F. Davis & Associates, P.C.
6709 Academy NE, Suite A
Albuquerque NM 87109
(505) 243-6129
(505) 247-3185 (fax)

Chuza Oil Company
4516 Lovers Lane, #104
Dallas TX 75225

Seth Bingham, Esquire
Attorney for Aqua Moss, LLC and M&R Trucking
PO Box 869
Farmington NM 87499-0869
(505) 326-4521
sbingham@mstlaw.com

James A. Askew, Esquire
Askew & Mazel, LLC
320 Gold Avenue, S.W. Suite 300A
Albuquerque NM 87102
(505) 433-3097
(505) 717-1494 (fax)
jaskew@askewmazelfirm.com

Curtis R. Gurley, Esquire
Attorney for Basin Disposal
PO Box 1618
Aztec NM 87410
(505) 325-8813
(505) 333-3889 (fax)
cgurley@aztecwell.com

Spencer D. Solomon, Esquire
Nathan Sommers Jacobs
Attorney for Guizot, LLC
2800 Post Oak Blvd, 61st Floor
Houston TX 77056
(713) 960-0303
ssolomon@nathansommers.com

Carl Dore, Jr, Esquire and
Zachary S. McKay, Esquire
Attorney for Weatherford US LP
17171 Park Row, Suite 160
Houston TX 77084
(281) 829-1555
carl@dorelawgroup.net
zmckay@dorelawgroup.net


*/s/ Leonard Martinez-Metzgar*
LEONARD MARTINEZ-Metzgar