**IT IS ORDERED**

**Date Entered on Docket: July 27, 2016**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**


_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: Chuza Oil Company, Domestic Profit
EIN: 27-2717292,

Debtor. No. 14-12842-t11

## FINAL DECREE

This matter came before the Court upon the filing of the Debtor's Motion for Final Decree Closing Case (the "Motion") (Docket No. 442). The Court, having reviewed the Motion and the record and being sufficiently advised, FINDS:

1. On September 24, 2014 (the "Petition Date"), the Debtor filed its petition under chapter 11 of Title 11 of the United States Code. *Doc. 1*. On October 16, 2015, Debtor filed the Third Amended Plan. *Doc. 401*.

2. An unsecured creditors' committee was appointed on November 18, 2014.

3. On October 16, 2015, Debtor filed the Third Amended Plan and Third Amended Disclosure Statement. *Doc. 401, Doc. 402*.

4. On December 17, 2015, the Court entered its Order Approving Third Amended Disclosure Statement. *Doc. 412*.

Page -1-

5. On March 2, 2016, the Court entered the Order Confirming Debtor's Third Amended Chapter 11 Plan. *Doc. 431*.

6. On May 17, 2016, the Debtor filed the Motion, in which the Debtor seeks entry of a final decree closing this chapter 11 bankruptcy case. *Doc. 442*.

7. Also on May 17, 2016, notice of the Motion was sent to the US Trustee, all creditors of the Debtor, and all counsel of record, all at their addresses of record as listed on the official court matrix, a copy of which is attached to the original notice filed herein. *Doc. 443*. The Notice was sufficient in form and content.

8. The deadline to object to the Motion was June 10, 2016.

9. No objections to the Motion were filed, timely or otherwise.

10. Entry of a Final Decree, as requested in the Motion, is appropriate.

11. The Plan has been substantially consummated.

12. All motions and contested matters have been fully resolved.

13. The Estate has been fully administered.

IT IS THEREFORE ORDERED that the Debtor is hereby granted a final decree closing this chapter 11 bankruptcy case.

### END OF ORDER ###

Submitted by:

WILLIAM F. DAVIS & ASSOC., P.C.
*By: /s/ submitted electronically on 07/27/16*
William F. Davis, Esq.
6709 Academy NE, Suite A
Albuquerque, NM 87109
PH: (505)243-6129
FX: (505)247-3185
*Attorneys for Debtor*
F:\Chuza Oil\Mtn. to close\Final Decree.adw